FILED

2010 NOV 23  A 10: 51

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

$CV$ 10 80 289 MISC

Randall John Bobus - #075867

_____/

## ORDER TO SHOW CAUSE

It appearing that Randall John Bobus has been suspended for six months by the Supreme Court of California effective October 21, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before **December 27, 2010** as to why he should not be suspended from the practice of law before this court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Randall John Bobus
Attorney At Law
3425 Deer Trail Rd
Santa Rosa, CA 95404

United States District Court
For the Northern District of California